02cv695recrul

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 13 A 9:21

US DISTRICT COURT
HARTFORD CT

SAVINGS BANK OF MANCHESTER,   :

    Plaintiff,   :

    v.   :   CASE NO. 3:02CV695(RNC)

PRISM PROCESSING SERVICES,   :

    Defendant.   :

RECOMMENDED RULING ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES

    The plaintiff, Savings Bank of Manchester, commenced this action against the defendant, Prism Processing Services, to vacate or modify an arbitration award. After conducting an evidentiary hearing, the undersigned issued a recommended ruling recommending that the plaintiff's motion to vacate or modify the award be denied and that defendant's motion to confirm the award be granted. (Doc. #35.) Chief Judge Robert N. Chatigny adopted the recommended ruling and a judgment entered in favor of the defendant. (Doc. #36.) Pending before the court is the defendant's motion for attorneys' fees.[1] (Doc. #37.) The defendant argues that pursuant to the court's inherent authority, the court should award the defendant awarded attorneys' fees and costs in the amount of $75,635.56.

    "The general American rule governing allocation of the costs of litigation places the burden of counsel fees on each party,

---

[1] Chief Judge Robert N. Chatigny referred the motion to the undersigned for a recommended ruling. See doc. #39.

[Margin annotations:]

Robert N. Chatigny, U.S.D.J. — the Magistrate Judge's recommended

December 22, 2003. After review and absent objection, the recommended ruling is hereby approved and adopted. So ordered.